1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RUBEN MENDOZA-MATEOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-08-447 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **TO EXCLUDE TIME PURSUANT TO** |
| | ) | **THE SPEEDY TRIAL ACT** |
| RUBEN MENDOZA-MATEOS, | ) | |
| | ) | JUDGE: Frank C. Damrell, Jr. |
| Defendant. | ) | |
| _____ | ) | |

This matter came on for Plea and Sentence on December 7, 2009, in the courtroom of the Honorable Frank C. Damrell, Jr. Assistant United States Attorney Michael Anderson appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Ruben Mendoza-Mateos, who was present, in custody, using the services of the interpreter.

Plea and Sentence was reset to December 14, 2009.

Accordingly, in order to prepare for the change of plea, the parties agree to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4, for preparation of counsel, from December 7, 2009, up to and including December 14, 2009.

///

Stipulation & Order to Exclude Time

DATED: December 10, 2009   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
RUBEN MENDOZA-MATEOS

DATED: December 10, 2009   BENJAMIN B. WAGNER
United States Attorney

*/s/ Lexi Negin for*
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **December 14, 2009, at 10:00 a.m.**, for Plea and Sentence.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), and Local Code T4, the period from December 7, 2009, up to and including December 14, 2009, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: December 10, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order to Exclude Time                2